DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Helene M. Freeman (HF-3066)
Marc S. Reiner (MR-6669)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Doubledown Media, LLC and Randall Lane

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATIONS, LLC and LENNY DYKSTRA,<br><br>        Plaintiffs,<br><br>-against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>        Defendants.<br><br>DOUBLEDOWN MEDIA, LLC,<br><br>        Counterclaimant,<br><br>-against-<br><br>TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>        Counterclaim-Defendants. | 08 Civ. 3912 (RB)<br><br>**RULE 7.1 STATEMENT** |

The undersigned attorneys for defendant-counterclaimant Doubledown Media, LLC ("Doubledown") make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1: Doubledown has no parent, subsidiary or affiliate that is publicly held and there is no publicly held corporation that owns 10% or more of Doubledown's stock.

2

Dated: New York, New York
      April 28, 2008

DORSEY & WHITNEY LLP

By:   /s/ BRUCE R. EWING
   Bruce R. Ewing (BE-0724)
   Helene M. Freeman (HF-3066)
   Marc S. Reiner (MR-6669)
   250 Park Avenue
   New York, NY 10177
   (212) 415-9200

   Attorneys for Defendants
   Doubledown Media, LLC and
   Randall Lane