AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

TPC OPERATING, LLC, a California limited liability company and LENNY DYKSTRA

V.

DOUBLEDOWN MEDIA, LLC, a New York limited liability company and RANDALL LANE

**SUMMONS IN A CIVIL ACTION**

08 CIV 3912

CASE NUMBER:

TO: (Name and address of Defendant)

DOUBLEDOWN MEDIA, LLC
240 West 35th Street, 11th Floor
New York, NY 10001

RANDALL LANE, President
DOUBLEDOWN MEDIA, LLC
240 West 35th Street, 11th Floor
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas F. Broder, Esq.
Rebecca L. Misner, Esq.
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS, LLP
599 Lexington Avenue
New York, NY 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

APR 2 9 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *April 25, 2008* |
| NAME OF SERVER (PRINT) *Arnold J. Burrus* | TITLE *Managing Clerk* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): *I served Summons & Complaint upon Doubledown Media, LLC on April 25, 2008. I left a copy of the Summons and Complaint on April 25 for Randall Lane, President of said Company. On April 28, 2008 I served a copy of Summons and Complaint on Randall Lane by leaving with his assistant Tony Nicolh, who was authorized to accept service.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *April 29th '08*
Date

Signature of Server

*599 Lexington Av., N.Y. 10022*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure