DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Helene M. Freeman (HF-3066)
Marc S. Reiner (MR-6669)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Doubledown Media, LLC and Randall Lane

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TPC OPERATING, LLC and LENNY
DYKSTRA,

                           Plaintiffs,

       -against-

DOUBLEDOWN MEDIA, LLC and
RANDALL LANE,

                         Defendants.

08 Civ. 3912 (RB)

**NOTICE OF APPEARANCE**

DOUBLEDOWN MEDIA, LLC,

                   Counterclaimant,

       -against-

TPC OPERATIONS, LLC and LENNY
DYKSTRA,

                   Counterclaim-Defendants.

      PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as attorneys of

record for defendants Doubledown Media, LLC and Randall Lane and further request that copies

of all papers in this action be served upon them at their offices and addresses set forth below.

Dated:    New York, New York            DORSEY & WHITNEY LLP
           April 30, 2008

                              By:  /s/ MARC S. REINER
                                  Bruce R. Ewing (BE-0724)
                                  Helene M. Freeman (HF-3066)
                                  Marc S. Reiner (MR-6669)
                                  250 Park Avenue
                                  New York, New York 10177
                                  (212) 415-9200

                                  Attorneys for Defendants
                                  Doubledown Media, LLC and Randall Lane