DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
Helene M. Freeman (HF-3066)
Marc S. Reiner (MR-6669)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Doubledown Media, LLC and Randall Lane

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>       Plaintiffs,<br><br>  -against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>       Defendants. | 08 Civ. 3912 (RB)<br><br>**NOTICE OF APPEARANCE** |
| DOUBLEDOWN MEDIA, LLC,<br><br>    Counterclaimant,<br><br>  -against-<br><br>TPC OPERATIONS, LLC and LENNY DYKSTRA,<br><br>    Counterclaim-Defendants. | |

   PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as attorneys of record for defendants Doubledown Media, LLC and Randall Lane and further request that copies of all papers in this action be served upon them at their offices and addresses set forth below.

-2-

Dated:   New York, New York                    DORSEY & WHITNEY LLP
         April 30, 2008

                                               By: /s/ HELENE M. FREEMAN
                                                   Bruce R. Ewing (BE-0724)
                                                   Helene M. Freeman (HF-3066)
                                                   Marc S. Reiner (MR-6669)
                                                   250 Park Avenue
                                                   New York, New York 10177
                                                   (212) 415-9200

                                                   Attorneys for Defendants
                                                   Doubledown Media, LLC and Randall Lane