UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TPC OPERATING, LLC and LENNY DYKSTRA

            Plaintiff,

- against -

DOUBLEDOWN MEDIA, LLC AND RANDALL LANE

           DEFENDANTS

DOUBLEDOWN MEDIA, LLC,

   COUNTERCLAIMANT,

     -AGAINST-

TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAH AND SHOSTAK STUDIOS, INC

           Defendants.
------------------------------------------------------------X

Case No. 08 civ.3912(RB)

**AFFIDAVIT OF SERVICE**

STATE OF      ) CALIFORNIA
                   )ss.:
COUNTY OF  ) LOS ANGELES

   CHRIS HUTCHINSON, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of CALIFORNIA.

On May 15, 2008, at approximately 11:15 A.m. at ~~3701~~ 3791 Catalina Street, Los Alamitos, CA 90720, deponent served the within Summons in a Civil Case and Answer and First Amended Counterclaims, with Exhibits A upon **Trend offset Printing Services, Inc** by delivering to and leaving with NORMAN POOLE (name), CIRECTOR OF HUMAN RELATIONS, Authorized Agent (title) a true and correct copy of said documents.

   At the time of said service, NORMAN POOLE (name) stated that s/he is duly authorized to accept service of legal process for Trend Offset Printing Services, Inc.

   NORMAN POOLE (name) is described as a (describe race/ethnicity) WHITE male/female, approximately 50 years of age, 190 lbs., 5'10" tall, with BROWN hair.

State of California
County of Los Angeles

*(Process Server's Signature)*
CHRIS HUTCHINSON
*(Print Name)*

Sworn to before me this
16 day of May, 2008

*Christine Cardasopol*
Notary Public

[Notary Seal: Christine Cardasopol, Commission # 1668699, Notary Public – California, Los Angeles County, My Comm. Expires Jun 8, 2010]