UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TPC OPERATING, LLC and LENNY DYKSTRA
        Plaintiff,

   - against -

DOUBLEDOWN MEDIA, LLC AND RANDALL LANE

        DEFENDANTS

DOUBLEDOWN MEDIA, LLC,

    COUNTERCLAIMANT,

   -AGAINST-

TPC OPERATIONS, LLC, LENNY DYKSTRA, ET AL
        Defendants.

------------------------------------------------------------X

**Case No. 08 civ.3912(RB)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                       )ss.:
COUNTY OF QUEENS   )

Andrew Bartley, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On May 13, 2008, at approximately 5:24 p.m. at 57 East 11th Street, 7th Fl., New York, NY deponent served the within Summons in a Civil Case and Answer and First Amended Counterclaims, with Exhibits A upon **Shostak Studios, Inc.,** by delivering to and leaving with Roger Gretner, Art Director, a true and correct copy of said documents.

At the time of said service, Roger Gretner stated that he was duly authorized to accept service of legal documents for Shostak Studios, inc., and that he had been expecting the documents served.

Roger Gretner is described as a white, male, approximately 48-55 years of age, 155-160 lbs., 5'5" – 5'6" tall, with graying black hair, low cut beard and mustache and wears glasses.

                                                 Andrew Bartley
                                                 Lic# 0848223

Sworn to before me this
16TH day of May, 2008

_Karlene S. Jackson_
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009