UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TPC OPERATING, LLC and LENNY DYKSTRA

               Plaintiff,

   - against -

DOUBLEDOWN MEDIA, LLC AND RANDALL LANE

              DEFENDANTS

DOUBLEDOWN MEDIA, LLC,

       COUNTERCLAIMANT,

        -AGAINST-

TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAH AND SHOSTAK STUDIOS, INC

             Defendants.
------------------------------------------------------------X

**Case No. 08 civ.3912(RB)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            )ss.:
COUNTY OF QUEENS    )

Shaun Jackson, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On May 13, 2008, at approximately 6:05 p.m. at 258 Broadway, Apt. 2A, New York, NY 10002, deponent served the within Summons in a Civil Case and Answer and First Amended Counterclaims, with Exhibits A upon **Mitchell Shostak** by delivering to and leaving with Mitchell Shostak a true and correct copy of said documents.

Mitchell Shostak is described as a white, male, approximately 52-55 years of age, 195-205 lbs., 5'11" tall, with grey hair and has a beard.

                                                      _____
                                                      Shaun Jackson
                                                      Lic# 1200125

Sworn to before me this
16TH day of May, 2008

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens City, New York City
Commission Expires November 17, 2009