UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

TPC OPERATING, LLC and LENNY DYKSTRA,
        Plaintiff(s),

    - v -

DOUBLEDOWN MEDIA, LLC and RANDALL LANE,
        Defendant(s).
----------------------------------------------------------X

**Case Management Plan**

__08__ CV. __3219__ (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by __July 16, 2008__

(ii)   Amend the pleadings by __July 16, 2008__

(iii)  All discovery to be **expeditiously** completed by __September 18, 2008__

(iv)  Consent to Proceed before Magistrate Judge __No__

9/25/08 @ 2:30 with principals

(v)   Status of settlement discussions __The parties are beginning to discuss settlement.__

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)  Final Pre-Trial Conference

(x)   Trial

(xi)  Other __Refer discovery issues to Magistrate Judge__

SO ORDERED: New York, New York
__5/29/08__

RMB
_____
Hon. Richard M. Berman, U.S.D.J.