USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TPC OPERATING, LLC and LENNY DYKSTRA,

    Plaintiffs,

-against-

DOUBLEDOWN MEDIA, LLC and RANDALL LANE,

    Defendants.

---

DOUBLEDOWN MEDIA, LLC,

    Counterclaimant,

-against-

TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,

    Counterclaim-Defendants.

---

No. 08 Civ. 3912 (RB)

~~PROPOSED~~ ORDER TO SUBSTITUTE COUNSEL OF RECORD FOR PLAINTIFFS

Electronically Filed

---

UPON the Motion of Plaintiffs and Counterclaim-Defendants TPC Operations, LLC and Lenny Dykstra ("Plaintiffs") to Substitute Counsel of Record; the Notice of Substitution of Counsel on Consent for Plaintiffs executed by prior counsel Douglas F. Broder of Kirkpatrick & Lockhart Preston Gates Ellis LLP ("K&L Gates"), Lenny Dykstra in his own capacity and as President of TPC Operations, LLC, and Edward D. Hassi of O'Melveny & Myers LLP; and upon the supporting Declaration of Edward D. Hassi, dated May 22, 2008,

    IT IS ORDERED that O'Melveny & Myers LLP be substituted for K&L Gates as attorneys of record for Plaintiffs.

IT IS FURTHER ORDERED that the appearance of O'Melveny & Myers LLP as counsel in this case shall be entered on the Court's docket. A notation of Edward D. Hassi, Esq. and Kendall J. Burr, Esq., for O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square, New York, NY 10036, will be made on the roll of attorneys for the above-captioned case.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record in this case.

Dated: May 28, 2008
New York, New York

_____
Honorable Richard M. Berman
United States District Judge

2