UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>     Plaintiffs,<br><br>  -against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>     Defendants. | No. 08 Civ. 3912 (RB)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***<br><br>**(DANIEL PETROCELLI)**<br><br>Electronically Filed |
| DOUBLEDOWN MEDIA, LLC,<br><br>     Counterclaimant,<br><br>  -against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>     Counterclaim-Defendants. | |

  Pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Edward D. Hassi, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

  Daniel M. Petrocelli
  O'Melveny & Myers LLP
  1999 Avenue of the Stars, Suite 700
  Los Angeles, CA 90067
  (310) 553-6700
  (310) 246-6779 (facsimile)
  dpetrocelli@omm.com

for purposes of appearing on behalf of Plaintiffs and Counterclaim-Defendants TPC Operations, LLC and Lenny Dykstra.

In support of this application, annexed hereto are the Affidavit of Edward D. Hassi, Esq., the Declaration of Daniel M. Petrocelli, Esq., and a Certificate of Good Standing from the Supreme Court of California verifying that Mr. Daniel M. Petrocelli is a member in good standing of the California bar. This motion is also accompanied by payment to the Clerk of this Court of the total fee of twenty-five dollars ($25.00). No brief is necessary in support of this motion since it raises no issues of law and the relief sought is wholly within the Court's discretion.

A proposed Order is attached.

Dated: New York, New York
       May 23, 2008

O'MELVENY & MYERS LLP

By: _____
    Edward D. Hassi, Esq.

Times Square Tower
7 Times Square
New York, New York 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061
ehassi@omm.com

*Attorneys for Plaintiffs /
Counterclaim-Defendants*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>               Plaintiffs,<br><br>    -against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>               Defendants. | No. 08 Civ. 3912 (RB)<br><br>**[PROPOSED] ORDER ADMITTING PLAINTIFFS' COUNSEL *PRO HAC VICE*** <br><br>Electronically Filed |
| DOUBLEDOWN MEDIA, LLC,<br><br>               Counterclaimant,<br><br>    -against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>               Counterclaim-Defendants. | |

      NOW, upon the Motion of Plaintiffs and Counterclaim-Defendants TPC Operations, LLC and Lenny Dykstra ("Plaintiffs"), the annexed Affidavit of Edward D. Hassi, Esq., and the Declaration of Daniel M. Petrocelli, Esq.:

      IT IS ORDERED that Daniel M. Petrocelli is hereby permitted to appear in this action *pro hac vice* on behalf of Plaintiffs. A notation of Daniel M. Petrocelli, for O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-6035, will be made on the roll of attorneys for the above-captioned case.

Dated: May __, 2008
       New York, New York

SO ORDERED:

_____
Honorable Richard M. Berman
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Stephanie Cassagnol, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 30th day of May, 2008, I served a true and correct copy of (1) the Motion of Plaintiffs to Admit Counsel *Pro Hac Vice*; (2) the Affidavit of Edward D. Hassi in support of Plaintiffs' Motion for *Pro Hac Vice* admission; (3) the Declaration of Daniel M. Petrocelli in support of Plaintiffs' Motion for *Pro Hac Vice* admission; and (4) Proposed Order Admitting Plaintiffs' Counsel *Pro Hac Vice*, via Federal Express on the following counsel of record for Defendants, Doubledown Media, LLC and Randall Lane:

> Bruce R. Ewing, Esq.
> Helene M. Freeman, Esq.
> Marc. S. Reiner, Esq.
> Dorsey & Whitney LLP
> 250 Park Avenue
> New York, New York 10177
> (212) 415-9200

_____
Stephanie Cassagnol