UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>                Plaintiffs,<br><br>-against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>                Defendants. | No. 08 Civ. 3912 (RB)<br><br>**AFFIDAVIT OF EDWARD D. HASSI IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION**<br><br>Electronically Filed |
| DOUBLEDOWN MEDIA, LLC,<br><br>              Counterclaimant,<br><br>-against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>              Counterclaim-Defendants. | |

EDWARD D. HASSI, ESQ., being duly sworn, deposes and says:

1. I am a partner at the law firm of O'Melveny & Myers LLP ("O'Melveny"), counsel for Plaintiffs and Counterclaim-Defendants TPC Operations, LLC and Lenny Dykstra ("Plaintiffs") in this action. I respectfully submit this affidavit in support of Plaintiffs' motion, pursuant to Local Civil Rule 1.3(c) of the Local Civil Rules of this Court, for an order granting Daniel M. Petrocelli admission *pro hac vice* to the bar of the United States District Court of the Southern District of New York in order to argue or try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. Daniel M. Petrocelli is a member in good standing of the bar of the state of California and is a partner with the law firm of O'Melveny & Myers LLP.

4. I agree to act as local counsel for Daniel M. Petrocelli and to observe the rules of this Court governing the conduct of attorneys.

5. Mr. Petrocelli has been retained by Plaintiffs due to his special knowledge and expertise with respect to the issues raised in this action. Mr. Petrocelli is seeking admission *pro hac vice* to try the above-captioned action because he is well-versed in the relevant facts and legal issues of the case and can provide Plaintiffs with excellent legal representation.

6. Based upon my knowledge of Mr. Petrocelli, I know that he will conduct himself in the manner required of attorneys admitted to practice in this Court *pro hac vice* and request that he be allowed to practice *pro hac vice* for the purposes of acting as counsel for Plaintiffs.

7. Mr. Petrocelli understands and accepts the duties and requirements of admission *pro hac vice* in this Court.

_____
Edward D. Hassi

Sworn to before me this
22 day of May, 2008.

_____
Notary Public

BENJAMIN PETROSKY
NOTARY PUBLIC, State of New York
No. 02PE6161562
Qualified in New York County
Commission Expires February 24, 2011

## CERTIFICATE OF SERVICE

I, Stephanie Cassagnol, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 30th day of May, 2008, I served a true and correct copy of (1) the Motion of Plaintiffs to Admit Counsel *Pro Hac Vice*; (2) the Affidavit of Edward D. Hassi in support of Plaintiffs' Motion for *Pro Hac Vice* admission; (3) the Declaration of Daniel M. Petrocelli in support of Plaintiffs' Motion for *Pro Hac Vice* admission; and (4) Proposed Order Admitting Plaintiffs' Counsel *Pro Hac Vice*, via Federal Express on the following counsel of record for Defendants, Doubledown Media, LLC and Randall Lane:

> Bruce R. Ewing, Esq.
> Helene M. Freeman, Esq.
> Marc. S. Reiner, Esq.
> Dorsey & Whitney LLP
> 250 Park Avenue
> New York, New York 10177
> (212) 415-9200

_____
Stephanie Cassagnol

3