UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>     Plaintiffs,<br><br>-against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>     Defendants. | No. 08 Civ. 3912 (RB)<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION**<br><br>Electronically Filed |
| DOUBLEDOWN MEDIA, LLC,<br><br>     Counterclaimant,<br><br>-against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>     Counterclaim-Defendants. | |

    Daniel M. Petrocelli hereby declares as follows:

    1.  I am a member of the law firm of O'Melveny & Myers LLP.

    2.  I respectfully submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

    3.  As shown by the attached Certificate of Good Standing issued by the Clerk of the Supreme Court of California, I am a member in good standing of the bar of California.

    4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.   Wherefore, I respectfully submit that I be admitted *pro hac vice* to the bar of this Court for the purposes of appearing on behalf of Plaintiffs and Counterclaim-Defendants TPC Operating, LLC and Lenny Dykstra in the above-captioned proceedings.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2008

_____
Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035
Tel: (310) 553-6700
Fax: (310) 246-6779

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

June 12, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL MARIO PETROCELLI, #097802 was admitted to the practice of law in this state by the Supreme Court of California on May 29, 1981; that at his request, on March 26, 1986, his name was changed to DANIEL M. PETROCELLI on the records of the State Bar of California; that he has been from the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## **CERTIFICATE OF SERVICE**

I, Stephanie Cassagnol, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 30th day of May, 2008, I served a true and correct copy of (1) the Motion of Plaintiffs to Admit Counsel *Pro Hac Vice*; (2) the Affidavit of Edward D. Hassi in support of Plaintiffs' Motion for *Pro Hac Vice* admission; (3) the Declaration of Daniel M. Petrocelli in support of Plaintiffs' Motion for *Pro Hac Vice* admission; and (4) Proposed Order Admitting Plaintiffs' Counsel *Pro Hac Vice*, via Federal Express on the following counsel of record for Defendants, Doubledown Media, LLC and Randall Lane:

>Bruce R. Ewing, Esq.
>Helene M. Freeman, Esq.
>Marc. S. Reiner, Esq.
>Dorsey & Whitney LLP
>250 Park Avenue
>New York, New York 10177
>(212) 415-9200

_____
Stephanie Cassagnol