UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/2/08

------------------------------------- x

TPC OPERATING, L.L.C. & LENNY DYKSTRA,        :

             Plaintiffs,        :        08 Civ. 3912 (RMB) (AJP)

     -against-        :        ORDER SCHEDULING
                                  STATUS CONFERENCE

DOUBLEDOWN MEDIA, L.L.C. & RANDALL LANE,   :

            Defendants.        :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for July 17, 2008 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:   New York, New York
         June 2, 2008

                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECF** to:   Edward D. Hassi, Esq.
                                      Bruce R. Ewing, Esq.
                                      Judge Richard M. Berman