UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>               Plaintiffs,<br>-against-<br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>               Defendants. | 08 Civ. 3912 (RMB)<br><br>**STIPULATION AND ORDER** |
| DOUBLEDOWN MEDIA, LLC,<br><br>               Counterclaimant,<br>-against-<br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCHELL SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>               Counterclaim-Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/03/08 |

As agreed at the conference held before the Court on May 29, 2008, the Counterclaimants are hereby permitted to serve amended Counterclaims by no later than June 2, 2008, and the Clerk shall permit such amended counterclaims to be filed as promptly as possible thereafter.

| | |
|---|---|
| DORSEY & WHITNEY, LLP | O'MELVENY & MYERS LLP |
| By: _/s/_____<br>Bruce R. Ewing<br>Helene M. Freeman<br>Marc S. Reiner<br>250 Park Avenue<br>New York, NY 10177-1500<br>(212) 415-9200<br><br>Attorneys for Defendants<br>Doubledown Media, LLC and<br>Randall Lane | By: _/s/_____<br>Edward D. Hassi<br>Kendall J. Burr<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br><br>Attorneys for Plaintiffs<br>TPC Operating Systems and<br>Lenny Dykstra |

IT IS SO ORDERED, this **3rd** day of **June**, 2008.

_____
Hon. Richard A. Berman
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

------------------------------------------------------------x

TPC OPERATING, LLC and LENNY DYKSTRA,

           Plaintiffs,

  -against-

           08 **CIVIL** 3912 (RMB)(AJP)

DOUBLEDOWN MEDIA, LLC and RANDALL LANE,

           Defendants.

------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | _____ | Particular Motion:_____ |
| | | | All Such Motions: _____ |

  *    Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       May 29, 2008

                                              **RICHARD M. BERMAN**
                                                  U.S.D.J.