UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>Plaintiffs,<br><br>-against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>Defendants. | No. 08 Civ. 3912 (RB)<br><br>[PROPOSED] ORDER ADMITTING PLAINTIFFS' COUNSEL *PRO HAC VICE*<br><br>Electronically Filed |
| DOUBLEDOWN MEDIA, LLC,<br><br>Counterclaimant,<br><br>-against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>Counterclaim-Defendants. | <br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/11/08 |

NOW, upon the Motion of Plaintiffs and Counterclaim-Defendants TPC Operations, LLC and Lenny Dykstra ("Plaintiffs"), the annexed Affidavit of Edward D. Hassi, Esq., and the Declaration of Daniel M. Petrocelli, Esq.:

IT IS ORDERED that Daniel M. Petrocelli is hereby permitted to appear in this action *pro hac vice* on behalf of Plaintiffs. A notation of Daniel M. Petrocelli, for O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-6035, will be made on the roll of attorneys for the above-captioned case.

Subject to payment of fee to Clerk



SO ORDERED
RMB
_____
RICHARD M. BERMAN U.S.D.J.
6/11/08

Dated: May __, 2008
      New York, New York

SO ORDERED:

                                              _____
                                              Honorable Richard M. Berman
                                              United States District Judge