Douglas F. Broder (DB 8406)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: douglas.broder@klgates.com
Email: rebecca.misner@klgates.com

*Attorneys for Counterclaim-Defendants
Mitch Shostak and Shostak Studios, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TPC OPERATIONS, LLC, a California limited
liability company, and LENNY DYKSTRA,

        Plaintiffs,

    v.

DOUBLEDOWN MEDIA, LLC, a New York
limited liability company, and RANDALL LANE,

        Defendants.
-------------------------------------------------------------X
DOUBLEDOWN MEDIA, LLC,

        Counterclaimant,

    v.

TPC OPERATIONS, LLC, LENNY DYKSTRA,
TREND OFFSET PRINTING SERVICES, INC.,
MITCH SHOSTAK and SHOSTAK STUDIOS, INC.

        Counterclaim-Defendants.
-------------------------------------------------------------X

08 Civ. 3912 (RB)

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties that:

Counterclaim-Defendants Mitch Shostak and Shostak Studios, Inc. (together, "Shostak") shall submit an Answer to the Counterclaims asserted by Defendant-Counterclaimant Doubledown Media, LLC on or before June 24, 2008. Shostak's Answer was originally due on June 13, 2008.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that a facsimile copy or PDF of this Stipulation shall be deemed an original for all purposes.

Dated:   New York, New York
         June 13, 2008

| | |
|---|---|
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP | DORSEY & WHITNEY LLP |
| _____ | _____ |
| Rebecca L. Misner (RM 8086) | Bruce R. Ewing (BE 0724) |
| Douglas F. Broder (RM 8406) | Helene M. Freeman. (HF 3066) |
| 599 Lexington Avenue | 250 Park Avenue |
| New York, New York 10022 | New York, New York 10177 |
| Telephone: 212-536-3900 | Telephone: 212-415-9200 |
| Facsimile: 212-536-3901 | Facsimile: 212-953-7201 |
| Email: douglas.broder@klgates.com | Email: ewing.bruce@dorsey.com |
| Email: rebecca.misner@klgates.com | Email: freeman.helene@doresey.com |
| *Attorneys for Counterclaim-Defendants Mitch Shostak and Shostak Studios, Inc.* | *Attorneys for Defendant-Counterclaimant Doubledown Media, LLC and Defendant Randall Lane* |

SO ORDERED

RMB
_____
USDJ
6/16/08

2