UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>       Plaintiffs,<br><br>-against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>       Defendants. | Case No. 08 Civ. 3912(RB)<br><br>**RULE 7.1 STATEMENT** |
| DOUBLEDOWN MEDIA, LLC,<br><br>       Counterclaimant,<br><br>-against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>       Counterclaim-Defendants. | |

  The undersigned attorneys for Counterclaim-Defendant Trend Offset Printing Services, Inc. ("Trend Offset") make the following disclosure to the Court pursuant to Fed.R.Civ.P. 7.1: Trend Offset has no parent, subsidiary or affiliate that is publicly held and there is no publicly held corporation that owns 10% or more of Trend Offset's stock.

DATED:    June 19, 2008
               Buffalo, New York

                                  LIPSITZ GREEN SCIME CAMBRIA LLP

                                        s/ Jeffrey F. Reina
                              By: _____
                                     Jeffrey F. Reina, Esq.
                                     William M. Feigenbaum, Esq.
                              Attorneys for Counterclaim-Defendant
                              and Crossclaimant
                              Trend Offset Printing Services, Inc.
                              42 Delaware Avenue, Suite 120
                              Buffalo, New York 14202
                              (716) 849-1333