Douglas F. Broder (DB 8406)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone:   212-536-3900
Facsimile:   212-536-3901
Email: douglas.broder@klgates.com
Email: rebecca.misner@klgates.com

*Attorneys for Counterclaim-Defendants*
*Mitch Shostak and Shostak Studios, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TPC OPERATIONS, LLC, a California limited
liability company, and LENNY DYKSTRA,

                Plaintiffs,

       v.

DOUBLEDOWN MEDIA, LLC, a New York
limited liability company, and RANDALL LANE,

                Defendants.
------------------------------------------------------------------X
DOUBLEDOWN MEDIA, LLC,

                Counterclaimant,

       v.

TPC OPERATIONS, LLC, LENNY DYKSTRA,
TREND OFFSET PRINTING SERVICES, INC.,
MITCH SHOSTAK and SHOSTAK STUDIOS, INC.

                Counterclaim-Defendants.

------------------------------------------------------------------X

08 Civ. 3912 (RB)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Counterclaim-Defendant Shostak Studios, Inc., a New York corporation, hereby certifies that it

has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Counterclaim-Defendant Shostak Studios, Inc. acknowledges that it is obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: New York, New York
       June 24, 2008

                                  KIRKPATRICK & LOCKHART PRESTON
                                  GATES ELLIS LLP

                                  Douglas F. Broder (DB 8406)
                                  Rebecca L. Misner, Esq. (RM 8086)
                                  599 Lexington Avenue
                                  New York, New York 10022
                                  Telephone: 212-536-3900
                                  Facsimile: 212-536-3901
                                  Email:  douglas.broder@klgates.com
                                  Email:  rebecca.misner@klgates.com

                                  *Attorneys for Counterclaim-Defendants*
                                  *Mitch Shostak and Shostak Studios, Inc.*