UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPC OPERATING, LLC and LENNY DYKSTRA,<br><br>      Plaintiffs,<br><br> -against-<br><br>DOUBLEDOWN MEDIA, LLC and RANDALL LANE,<br><br>      Defendants. | No. 08 Civ. 3912 (RB)<br><br>**ANSWER BY TPC OPERATIONS, LLC AND LENNY DYKSTRA TO TREND OFFSET'S CROSS-CLAIM**<br><br>Electronically Filed |
| DOUBLEDOWN MEDIA, LLC,<br><br>      Counterclaimant,<br><br> -against-<br><br>TPC OPERATIONS, LLC, LENNY DYKSTRA, TREND OFFSET PRINTING SERVICES, INC., MITCH SHOSTAK and SHOSTAK STUDIOS, INC.,<br><br>      Counterclaim-Defendants. | |
| TREND OFFSET PRINTING SERVICES, INC.,<br><br>      Cross-claimant,<br><br>-against-<br><br>TPC OPERATIONS, LLC and LENNY DYKSTRA,<br><br>      Cross-claim-Defendants. | |

Plaintiffs and Cross-claim-Defendants TPC Operations, LLC ("TPC") and Lenny Dykstra ("Dykstra") (collectively "Plaintiffs"), by and through their attorneys O'Melveny & Myers LLP, answer the Cross-claim filed by Trend Offset Printing Services, Inc. ("Trend Offset") in the above-captioned matter as follows:

1. Plaintiffs admit the allegations contained in Paragraph 103.

2. Plaintiffs admit the allegations contained in Paragraph 104.

3. Plaintiffs admit on information and belief the allegations contained in Paragraph 105.

4. Plaintiffs admit the allegations contained in Paragraph 106.

5. Plaintiffs admit the allegations contained in Paragraph 107.

6. Plaintiffs deny each and every averment and allegation of Paragraph 108 except as follows: Plaintiffs admit that on August 25, 2007, Dykstra, on behalf of TPC, signed a copy of a quotation provided by Trend Offset, and refer the Court to that quotation for its true and complete terms. To the extent Paragraph 108 calls for a legal conclusion, no response is required.

7. Plaintiffs deny each and every averment and allegation of Paragraph 109 except as follows: Plaintiffs refer the Court to the August 25, 2007 quotation for its true and complete terms. To the extent Paragraph 109 calls for a legal conclusion, no response is required.

8. Plaintiffs deny for want of knowledge or information each and every averment and allegation of Paragraph 110.

9. Plaintiffs deny the allegations in Paragraph 111 except admit that Doubledown asserts the counterclaims listed therein. To the extent Paragraph 111 calls for a legal conclusion, no response is required.

10. Paragraph 112 calls for a legal conclusion and no response is required.

11. Paragraph 113 calls for a legal conclusion and no response is required.

Dated: New York, New York
July 9, 2008

O'MELVENY & MYERS LLP

By: _____
Edward D. Hassi, Esq.

Times Square Tower
7 Times Square
New York, New York 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061
ehassi@omm.com

*Attorneys for Plaintiffs /
Cross-claim-Defendants*

3