USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/16/08

O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036
TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
496650-2

July 15, 2008

RECEIVED
JUL 15 2008
CHAMBERS OF
ANDREW J. PECK

WRITER'S DIRECT DIAL
(212) 326-4318

WRITER'S E-MAIL ADDRESS
ehassi@omm.com

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

Re: *TPC Operations, LLC v. Doubledown Media, LLC*
No. 08 Civ. 3912 (RB)

Dear Judge Peck:

We represent TPC Operations, LLC and Lenny Dykstra, Plaintiffs and Counterclaim-Defendants in this action. We write on behalf of all parties to request an adjournment of the status conference originally scheduled for this Thursday, July 17, 2008. Pursuant to Your Honor's Practice Rule 1(E), we confirm that this is the parties' first request for an adjournment of the status conference, and that all parties have consented to a postponement of this conference. At present, there are no disputes to be resolved.

Respectfully submitted

Edward D. Hassi
of O'MELVENY & MYERS LLP

cc: Bruce Ewing, Esq.
Helene Freeman, Esq.
Marc Reiner, Esq.
Douglas Broder, Esq.
Rebecca Misner, Esq.
Jeffrey Reina, Esq.

BY FAX

MEMO ENDORSED 7/16/08

Status conf adjourned at parties' request to 8/12 at 2 pm. Please be advised that any further adjournment is not likely to be adjourned.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

cc: By fax: All counsel
Judge Berman

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** July 16, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Edward D. Hassi, Esq. | 212-326-2061 |
| Bruce R. Ewing, Esq.<br>Helene M. Freeman, Esq.<br>Marc S. Reiner, Esq. | 212-953-7201 |
| Jeffrey F. Reina, Esq. | 716-855-1580 |

## TRANSCRIPTION:

**MEMO ENDORSED 7/16/08**

**Status conf. adjourned at parties' request to 8/12 at 2 PM. Please be aware that the 9/18 discovery cutoff is not likely to be adjourned.**