○

## O'MELVENY & MYERS LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: _8/11/08_

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
496650-2

WRITER'S DIRECT DIAL
(212) 326-4318

WRITER'S E-MAIL ADDRESS
chassi@omm.com

August 8, 2008

### VIA FACSIMILE

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

RECEIVED
AUG 08 2008
CHAMBERS OF
ANDREW J. PECK

Re:     *TPC Operations, LLC v. Doubledown Media, LLC*
        No. 08 Civ. 3912 (RB) (RMB)(AJP)

Dear Judge Peck:

We represent TPC Operations, LLC and Lenny Dykstra, Plaintiffs and Counterclaim-Defendants in this action. We write on behalf of all parties to request an adjournment of the status conference originally scheduled for next Tuesday, August 12, 2008. Pursuant to Your Honor's Practice Rule 1(E), we confirm that this is the parties' second request for an adjournment of the status conference, and that all parties have consented to a postponement of this conference. At present, there are no disputes to be resolved.

We understand from Ms. Blake that the Court may be available for a conference the morning of August 21, 2008 and would request that date if it remains available.

**MEMO ENDORSED** 8/11/08

Respectfully submitted

[handwritten endorsement]

SO ORDERED

Edward D. Hassi
of O'MELVENY & MYERS LLP

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

cc:     Bruce Ewing, Esq.
        Helene Freeman, Esq.
        Marc Reiner, Esq.
        Douglas Broder, Esq.
        Rebecca Misner, Esq.
        Jeffrey Reina, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
### Southern District of New York
### United States Courthouse
### 500 Pearl Street, Room 1370
### New York, N.Y. 10007-1312

**Fax No.:**        **(212) 805-7933**
**Telephone No.:**  **(212) 805-0036**

<u>**Dated:**</u>    <u>August 11, 2008</u>                    <u>**Total Number of Pages:**</u>    <u>2</u>

| TO | FAX NUMBER |
|---|---|
| Edward D. Hassi, Esq. | 212-326-2061 |
| Bruce R. Ewing, Esq.<br>Helene M. Freeman, Esq.<br>Marc S. Reiner, Esq. | 212-953-7201 |
| Jeffrey F. Reina, Esq. | 716-855-1580 |

# TRANSCRIPTION:

**MEMO ENDORSED 8/11/08**

**Conf. adjourned at parties' request to <u>8/21</u> at <u>9:30AM</u>.**


**Copy to:    Judge Richard M. Berman**